UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TYDEN GRAVERSON** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No: 1:19-cv-4786-JMS-TAB** |
| | ) |
| **WESTFIELD RESTAURANT GROUP LLC** | ) |
| | ) |
|    **Defendant.** | ) |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties to this action, having stipulated pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismissal of this action with prejudice, it is hereby ORDERED that this action be, and hereby is, dismissed WITH PREJUDICE, each party to bear their own attorney's fees and costs [31].

ALL OF WHICH IS ORDERED.

Date: 1/28/2021

                                                 Hon. Jane Magnus-Stinson, Chief Judge
                                               United States District Court
                                               Southern District of Indiana

Distribution to all counsel of record via CM/ECF.